1036

[No. 26042-9-III. Division Three. May 13, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. TEODORO DAVID MARICHALAR, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-02227-6, F. James Gavin, J., entered March 1, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.

[No. 25836-0-III. Division Three. May 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY D. McCURDY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-1-00246-9, Kenneth L. Jorgensen, J., entered December 19, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.

[No. 26074-7-III. Division Three. May 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA GANSKE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00873-2, Salvatore F. Cozza, J., entered April 17, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 59124-0-I. Division One. May 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALAN POTTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12729-1, Jay V. White, J., entered November 6, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.